UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EARL TRICHE                                CIVIL ACTION

VERSUS                                     NUMBER: 08-3931

LOUISIANA INSURANCE GUARANTY               SECTION: "I"(5)
ASSOCIATION, ET AL.

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendants' motion for summary judgment enforcing settlement and for entry of judgment of dismissal with prejudice is **GRANTED**.

New Orleans, Louisiana, this 4th day of March, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE